IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Margolin, Jeff

Printed: 10/2/07

Case Number: 05 B 38418
Judge: Hollis, Pamela S
Filed: 9/19/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 20, 2007
Confirmed: December 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 37,677.12 |  |
| Secured: |  | 26,137.12 |
| Unsecured: |  | 6,876.46 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,963.54 |
| Other Funds: |  | 0.00 |
| Totals: | 37,677.12 | 37,677.12 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Washington Mutual Bank FA | Secured | 21,405.59 | 14,657.17 |
| 3. | Baxter Credit Union | Secured | 7,722.00 | 5,616.00 |
| 4. | Baxter Credit Union | Secured | 1,129.01 | 1,129.01 |
| 5. | Washington Mutual Bank FA | Secured | 4,734.94 | 4,734.94 |
| 6. | American Express Travel Relate | Unsecured | 697.00 | 642.21 |
| 7. | Resurgent Capital Services | Unsecured | 1,363.80 | 1,256.63 |
| 8. | Capital One | Unsecured | 1,102.91 | 1,016.22 |
| 9. | Resurgent Capital Services | Unsecured | 2,190.42 | 2,018.26 |
| 10. | ECast Settlement Corp | Unsecured | 383.60 | 353.43 |
| 11. | Resurgent Capital Services | Unsecured | 1,725.33 | 1,589.71 |
| 12. | Internal Revenue Service | Priority |  | No Claim Filed |
| 13. | AT&T | Unsecured |  | No Claim Filed |
| 14. | Marshall Field & Company | Unsecured |  | No Claim Filed |
| 15. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 16. | CitiFinancial | Unsecured |  | No Claim Filed |
| 17. | First Premier | Unsecured |  | No Claim Filed |
| 18. | Omnium Worldwide | Unsecured |  | No Claim Filed |
| 19. | Marshall Field & Company | Unsecured |  | No Claim Filed |
| 20. | AFNI | Unsecured |  | No Claim Filed |
| 21. | Neiman Marcus Co | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 45,154.60 | $ 35,713.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Margolin, Jeff

Printed: 10/2/07

Case Number: 05 B 38418
Judge: Hollis, Pamela S
Filed: 9/19/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1,093.14 |
| 5% | 397.50 |
| 4.8% | 472.90 |
| | _____ |
| | $ 1,963.54 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_